Prepared by State Reporter from Appeal Papers

admitted to probate. The will was contested on the ground that at the time of its execution testator was suffering from senile dementia and lacked testamentary capacity. The Appellate Division held that the contention was not sustained by satisfactory evidence.

*Otho S. Bowling* and *Robert H. Elder* for appellants.
*Patrick E. Callahan, Thomas F. Magner* and *James P. Judge* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, CRANE, ANDREWS and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., POUND and McLAUGHLIN, JJ.

---

FRANK B. BROWN et al., as Trustees under the Will of ANDREW B. BROWN, Deceased, et al., Respondents, *v.* THEODORE L. POPP et al., as Executors of EDWARD KENER, JR., Trustee under the Will of ANDREW B. BROWN, Deceased, Respondents, and DUNCAN EDWARDS, as Executor of HARRIET M. S. BROWN, Deceased, Appellant.

*Will — trust — construction of will providing for annuity to widow and giving residuary estate to brother — release of residue to brother upon setting aside sum sufficient to produce annuity.*

*Brown* v. *Kener*, 215 App. Div. 794, affirmed.
(Argued November 16, 1926; decided December 3, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 30, 1925, affirming a judgment construing the will of Andrew B. Brown, deceased, entered upon a decision of the court at a Trial Term without a jury. The will provided among other things for the payment of an annuity to the widow of testator annually during her life and gave the residue of his estate to his brother. The question was whether upon the trustees setting aside a sum sufficient to produce such annuity the balance of the estate might be turned over to the residuary legatee.

Prepared by State Reporter from Appeal Papers

*Edward W. Hamilton* and *Duncan Edwards* for appellant.

*S. Wallace Dempsey* and *Glen R. Bedenkapp* for plaintiffs, respondents.

*Wilber E. Houpt* for defendants, respondents.

Judgment affirmed, with costs to respondents payable out of estate; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MICHAEL KOSMOSKI, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued November 17, 1926; decided December 3, 1926.)

APPEAL from a judgment of the Supreme Court, rendered September 25, 1925, at a Trial Term for the county of Erie upon a verdict convicting the defendant of the crime of murder in the first degree.

*Sidney N. Elsner* for appellant.

*Guy B. Moore, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

OTTO I. METZGER, Respondent, *v.* 46 WEST 95TH STREET, INC., Appellant, Impleaded with Others.

*Real property — party walls — placing of windows without permission in party wall restrained.*

*Metzger v. 46 West 95th St., Inc.,* 216 App. Div. 289, affirmed.

(Argued November 17, 1926; decided December 3, 1926.)

APPEAL from a judgment, entered April 8, 1926, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendant entered upon a decision of the court on trial at Special Term and directing judgment in favor of plaintiff. The action was to compel the closing of window openings placed in a party wall which had